UNITED STATES DISTRICT COURT
Western District of Kentucky

FILED
JAMES J. VILT, JR. - CLERK
AUG 18 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## EXHIBIT INVENTORY

Case Number: 3:26-cr-56-BJB Style of Case: USA v. Clarence Caldwell
Received from: A. Henry Received by: DWohner Date: 8/18/2026

Proceedings: Detention Hearing on 8/17/2026

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | Photo | | |
| 2 | Photo | | |

NOTES:

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
OTHER DISPOSITION:

**DATE:** **RETURNED BY:** **, Deputy Clerk**